

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-09-00097-CV
_____

KEITH DICKEY AND SUZANN DICKEY, Appellants

V.

CHARLES E. WARE, Appellee

On Appeal from the 336th Judicial District Court
Fannin County, Texas
Trial Court No. 37473

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

Keith Dickey and wife, Suzann Dickey, appellants in this case, have filed a motion seeking

to dismiss their appeal.  Pursuant to TEX. R. APP. P. 42.1, their motion is granted.

We dismiss the appeal.


                                              Bailey C. Moseley
                                              Justice

Date Submitted:        December 21, 2009
Date Decided:          December 22, 2009